**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 25-12406
Non-Argument Calendar
_____

FIRSTKEY HOMES, LLC,

*Plaintiff-Appellee,*

*versus*

KAHDAIJA ARNIECIA LAMONES-PHILLIP,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-03458-VMC
_____

Before JILL PRYOR, GRANT, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Kahdaija Lamones-Phillip, *pro se*, appeals from the district court's order remanding the case to Georgia state court. Because

2                    Opinion of the Court                    25-12406

the order remanded the case for lack of federal subject matter jurisdiction, it is unreviewable on appeal.  *See* 28 U.S.C. § 1447(c), (d); *New v. Sports & Recreation*, 114 F.3d 1092, 1096 (11th Cir. 1997) ("Cases remanded for lack of jurisdiction are immune from review even if the district court's decision is clearly erroneous.").  Further, Lamones-Phillip did not invoke either 28 U.S.C. §§ 1442 or 1443 as a basis for the removal.  *See* 28 U.S.C. § 1447(d); *BP P.L.C. v. Mayor of Balt.*, 593 U.S. 230, 238-39 (2021) (concluding that, because the defendants cited § 1442 in their notice of removal, the whole of the district court's remand order was reviewable on appeal).